UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT OLSZEWSKI, )<br>)<br>    Plaintiff, )<br>) CV-08-268-B-W<br>    v. )<br>)<br>MAYO REGIONAL HOSPITAL, )<br>*et al.*, )<br>)<br>    Defendants. ) | |

**ORDER AFFIRMING THE AMENDED
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Amended Recommended Decision filed December 10, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the the Motions to Dismiss (Docket #'s 4 and 8) be and hereby are GRANTED and Counts V, VII, VIII, IX and X of Plaintiff's Complaint are DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2009